## SEWARD *v.* COMEAU.

APPEAL FROM THE CIRCUIT COURT OF THE UNITED STATES FOR
THE DISTRICT OF LOUISIANA.

No. 240. Submitted March 3, 1881.—Decided March 21, 1881.

Affirmed on the facts.

MR. CHIEF JUSTICE WAITE delivered the opinion of the court.

We think the court below was right in dissolving the injunction
which had been obtained in the state court and dismissing the bill.
There cannot be a doubt from the evidence that the Magenta
plantation contains in fact the full quantity of land which was
guaranteed, and that the deficiency, if there is any, arises from a
mistake in the description of one of the parcels intended to be
conveyed. The grantee was put in actual possession of the whole
plantation, and he, and those claiming under him, have never been
disturbed since. No person has ever set up any adverse claim
whatever, either to the possession or the title. The complainants
have shown no reason to fear that they will ever be disquieted,
and certainly they have not proven that they were in danger of
eviction. They have never asked a correction of the mistake in

the description, if any there is, and it is by no means certain that the language of the whole deed does not really embrace what it is claimed has been omitted.

What we have thus said applies to all the alleged defects in the title. No adverse claim has been set up by any one, and, so far·as anything appears, there is no danger whatever that the complainants will be disturbed in their possession, either because patents have not been issued, or because Mrs. Delhommer was not authorized·by' the court to obtain a judicial separation of property.

The fact that the sheriff advertised to sell in parcels, presents no ground for an injunction. As the injunction granted by the state court has been dissolved, and the bill dismissed, we need not inquire whether the proceeding by executory process in the state court was removed to the Circuit Court or not. The parties may now proceed with the execution of that process in such manner as they shall be advised is proper. The appellants cannot object to such removal as was actually effected to the Circuit Court, because it was brought about on their application.    *Affirmed.*

*Mr. H. N. Ogden* for appellants.

*Mr. E. T. Merrick* and *Mr. G. W. Race*·for appellees.

